JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIANO BARRAGAN, individually and as a representative of a class of participants and beneficiaries on behalf of the Honeywell 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:24-cv-01194-SB-MAR<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE [DKT. 29]** |

On April 1, 2024, Plaintiff Luciano Barragan and Defendant Honeywell International Inc. filed a Joint Stipulation to Transfer Venue requesting that, pursuant to a forum selection clause in the Honeywell 401(k) Plan and 28 U.S.C. § 1404(a), the Court transfer the present action to the United States District Court for the District of New Jersey (Newark).  Dkt. No. 29.

The Court, having considered the Stipulation to Transfer Venue, hereby GRANTS the joint request to transfer venue to the United States District Court for District of New Jersey (Newark) under 28 U.S.C. § 1404(a).  Defendant's deadline to respond to the Complaint is hereby set six weeks from the entry of this Order.  All other deadlines in this matter are hereby VACATED, and the motion to transfer at Dkt. No. 28 is DENIED as moot.  The Clerk is hereby directed to transfer this case to the United States District Court for the District of New Jersey (Newark).

DATED: April 2, 2024

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

-1-