# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUCIANO BARRAGAN, individually and as a representative of a class of participants and beneficiaries on behalf of the Honeywell 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., and DOES 1 to 10 inclusive,<br><br>Defendants. | CIVIL ACTION NO.: 2:24-cv-04529<br><br>Judge:   Hon. Susan D. Wigenton |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

This matter having come before the Court on Defendant's Motion to Dismiss the Plaintiff's Complaint and, the Court having considered the submissions of the Parties and any oral argument thereto, this Court hereby **GRANTS** Defendant's Motion and dismisses Plaintiff's Complaint **WITH PREJUDICE**.

**IT IS SO ORDERED**

On this ____ day of _____, 2024:

_____