**LAWRENCE HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
lh@hershlegal.com

May 24, 2024

**Electronically Filed Via CM/ECF**
Clerk of Court
United States District Court
 for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *BARRAGAN v. HONEYWELL INTERNATIONAL INC.*
        **Case No. 2:24-cv-04529-SDW-JRA**

Dear Clerk of Court:

I represent Plaintiff in the above-referenced matter.  I write pursuant to Local Civil Rule 7.1(d)(5) to invoke an automatic extension to oppose Defendant Honeywell International Inc.'s Motion to Dismiss Plaintiff's Complaint (Docket Entry No. 45), the current deadline for which is June 3, 2024.  The originally noticed motion day of June 17, 2024 has not previously been extended or adjourned.  The new motion day will be July 1, 2024 and the new deadline for the opposition papers will be June 17, 2024.

Thank you for your attention to this matter.


Respectfully submitted,

*/s/Lawrence C. Hersh*

Lawrence C. Hersh


cc:  All Counsel of Record (Via CM/ECF)