<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUCIANO BARRAGAN, individually and as a representative of a class of participants and beneficiaries on behalf of the Honeywell 401(k) Plan,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HONEYWELL INTERNATIONAL INC., and DOES 1 to 10 inclusive,<br><br>　　Defendants. | No. 24cv4529 (EP) (JRA)<br><br>**ORDER** |

Defendant Honeywell International Inc. moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). D.E. 45. Having reviewed the parties' submissions and all other relevant items on the docket, and having determined that oral argument is not necessary,

**IT IS**, on this <u>**19th**</u> day of **December** 2024, for the reasons set forth in the accompanying Opinion,

**ORDERED** that Defendant's Motion, D.E. 45, is **GRANTED**; and it is further

**ORDERED** that the Complaint, D.E. 1, is **DISMISSED** *without prejudice*; and it is further

**ORDERED** that Plaintiff shall have thirty (30) days from this Order to file an amended complaint that cures the deficiencies set forth in the accompanying Opinion; and it is finally

**ORDERED** that failure to do so may result in a dismissal *with prejudice*.

*/s/ Evelyn Padin*
Evelyn Padin, U.S.D.J.